| Attorney or Party without Attorney:<br>Sheri M. Kanesaka (#240053)<br>FIDELITY NATIONAL LAW GROUP<br>4 Executive Circle, Suite 270<br>Irvine, CA 92614<br>Telephone No: (949) 255-9970<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>690936 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Southern District of California | | |
| Plaintiff: Federal National Mortgage Association<br>Defendant: Gulf Harbour Investments Corporation; et al. | | |
| **PROOF OF SERVICE** | Hearing Date:   Time:   Dept/Div: | Case Number:<br>21cv615-CAB-JLB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet

3. a. Party served:     Gulf Harbour Investments Corporation
   b. Person served:   Lynanne Gares, Litigation Management, Corporation Service Company, Registered Agent, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   251 Little Falls Dr, Wilmington, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Apr 28 2021 (2) at: 12:50 PM

6. **Person Who Served Papers:**
   a. John Garber
   b. FIRST LEGAL
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. *The Fee for Service was:* $295.75

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

04/30/2021
(Date)                                              (Signature)



PROOF OF SERVICE

5615551
(11653309)