| Attorney or Party without Attorney:<br>Sheri M. Kanesaka (#240053)<br>FIDELITY NATIONAL LAW GROUP<br>4 Executive Circle, Suite 270<br>Irvine, CA 92614<br>  Telephone No: (949) 255-9970<br>  Attorney For: Plaintiff | Ref. No. or File No.:<br>690936 | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Southern District of California |
|---|

| Plaintiff: Federal National Mortgage Association<br>Defendant: Gulf Harbour Investments Corporation; et al. |
|---|

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>21cv615-CAB-JLB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet

3. a. Party served:       Affinia Default Services, LLC
   b. Person served:   Joe Knox, Agent For Service Of Process, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:    1401 21st Street Suite 370, Sacramento, CA 95811

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Apr 28 2021 (2) at: 10:25 AM

6. **Person Who Served Papers:**
   a. Jacobbi Williams (1314, Alameda County)                    d. **The Fee** for Service was: $75.00
   b. FIRST LEGAL
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

|  |  |
|---|---|
| 04/30/2021 | *(signature)* |
| (Date) | (Signature) |



PROOF OF SERVICE

5615625
(11653317)