UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GULF HARBOUR INVESTMENTS CORPORATION et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  21-CV-615-CAB-JLB<br><br>**ORDER TO SHOW CAUSE** |

　　　Plaintiff filed its complaint on April 9, 2021.  On May 11, 2021, Plaintiff moved for a temporary restraining order [Doc. No. 4], but then withdrew the motion two days later [Doc. No. 8].  One day after that, Plaintiff filed proofs of service purporting to indicate that it had properly served both named Defendants with the summons and complaint on April 28, 2021.  [Doc. Nos. 10, 11.]  Neither defendant has appeared in this case.  Under Rule 12 of the Federal Rules of Civil Procedure, a defendant must file a responsive pleading within 21 days after being served with the summons and complaint.  Fed. R. Civ. P. 12(a).  Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, on or before **July 20, 2021**, why this matter should not be dismissed for failure to prosecute.  If a request for entry of default or a responsive pleading to the complaint is filed before July 20, 2021, the order to

1

1 show cause will be discharged without further order from the Court.  Failure to timely
2 respond to this order will result in dismissal of this lawsuit.
3      It is **SO ORDERED**.
4 Dated:  July 13, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge