**FIDELITY NATIONAL LAW GROUP**
SHERI M. KANESAKA (SBN 240053)
4 Executive Circle, Suite 270
Irvine, California 92614
Telephone: (949) 255-9973
Facsimile: (213) 438-4417
Email: Sheri.Kanesaka@fnf.com

Attorneys for Plaintiff
Federal National Mortgage Association

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>GULF HARBOUR INVESTMENTS CORPORATION; AFFINIA DEFAULT SERVICES, LLC; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD UPON PLAINTIFF'S TITLE THERETO; DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:21-cv-00615-CAB-JLB<br><br>Assigned to: Judge Cathy Ann Bencivengo<br><br>Referred to: Magistrate Judge Jill L. Burkhardt<br><br>**REQUEST TO DEFAULT DEFENDANT GULF HARBOUR INVESTMENTS CORPORATION** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant GULF HARBOUR INVESTMENTS CORPORATION, on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on defendant on April 28, 2021, evidenced by the proof of service of summons (Docket #10) on file with this Court.

Respectfully submitted,

DATED: July 13, 2021           **FIDELITY NATIONAL LAW GROUP**

By: */s/ Sheri Kanesaka*
       SHERI KANESAKA
       Attorneys for Plaintiff
       FEDERAL NATIONAL MORTGAGE ASSOCIATION

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 4 Executive Circle, Suite 270, Irvine, California 92614.

On July 13, 2021, I served the foregoing document(s) described as on the interested parties in said action: **REQUEST TO DEFAULT DEFENDANT GULF HARBOUR INVESTMENTS CORPORATION**

[X]   By placing the original and/or a true copy thereof enclosed in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

[ X ]   (**BY U.S. MAIL**)  I deposited such envelope in the mail at Irvine, California.  The envelope was mailed with postage thereon fully prepaid.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (**BY OVERNIGHT DELIVERY**) I delivered to an authorized driver authorized by GSO or FedEx to receive documents, in an envelope or package designated by GSO or FedEx with delivery fees paid or provided for, addressed to the person on who it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; or at that party's place of residence.

[ ]   (**ELECTRONIC SERVICE**) I served said document by electronic service via One Legal or electronic transmission, to the persons at the addresses listed on the attached service list.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   (**BY PERSONAL SERVICE**)  I caused such envelope to be hand-delivered to the offices of the addressee.

[X]   (**FEDERAL**)  I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on July 13, 2021, at Irvine, California.

_____
Christine Hipp

# SERVICE LIST

Affinia Default Services, LLC
c/o California Registered Agent Inc (agent for service of Affinia)
1401 21st Street, Suite 370
Sacramento, CA 95811

Affinia Default Services, LLC
c/o California Registered Agent Inc (agent for service of Affinia)
1267 Willis Street, Suite 100
Redding, CA 96001

Registered Agents Inc. (agent for service of California Registered Agent Inc., agent for Affinia Default Services, LLC)
1401 21st Street, Suite R
Sacramento, CA 95811

Registered Agents Inc. (agent for service of California Registered Agent Inc., agent for Affinia Default Services, LLC)
1267 Willis Street, Suite 200
Redding, CA 96001

Northwest Registered Agent, Inc. (agent for service of Registered Agent Inc., agent for service of California Registered Agent, Inc., agent for Affinia Default Services, LLC)
2108 N. Street Ste N
Sacramento, CA 95816

Northwest Registered Agent, Inc. (agent for service of Registered Agent Inc., agent for service of California Registered Agent, Inc., agent for Affinia Default Services, LLC)
1267 Willis Street, Suite 200
Redding, CA 96001

|  |  |
|---|---|
| Gulf Harbour Investments Corporation<br>Corporation Service Company<br>Registered Agent<br>251 Little Falls Drive<br>Wilmington, DE 19808 |  |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**