UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                              Plaintiff,<br><br>v.<br><br>GULF HARBOUR INVESTMENTS CORPORATION et al.,<br><br>                              Defendants. | Case No.:  21-CV-615-CAB-JLB<br><br>**ORDER GRANTING JOINT MOTION TO STAY**<br><br>[Doc. No. 17] |

Upon consideration of the parties' stipulation and joint motion to stay proceedings for sixty days, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED**.  This case is **STAYED** until **October 12, 2021**.  On or before **October 12, 2021**, the parties shall file either a joint motion to dismiss, or a status update concerning their efforts to resolve their disputes.

It is **SO ORDERED**.

Dated:  August 12, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge