UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                                Plaintiff,<br><br>v.<br><br>GULF HARBOUR INVESTMENTS CORPORATION et al.,<br><br>                                Defendants. | Case No.:  21-CV-615-CAB-JLB<br><br>**ORDER TO SHOW CAUSE** |

On August 12, 2021, the Court granted the parties' stipulation and joint motion to stay proceedings for sixty days, staying this case until October 12, 2021.  The Court also order the parties to file either a joint motion to dismiss, or a status update concerning their efforts to resolve their disputes, by October 12, 2021.  Neither a joint motion to dismiss nor a status update was filed.  Accordingly, on or before **October 19, 2021**, the parties are **ORDERED TO SHOW CAUSE** why the stay should not be lifted and this case dismissed.  Failure to respond to this order will result in dismissal of this case without prejudice for failure to prosecute.

It is **SO ORDERED**.

Dated:  October 13, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge

1

21-CV-615-CAB-JLB